UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOSE ONTIVEROS, Jr.,<br><br>　　　　　　　　　　　Defendant. | Case No.:  21-cr-1051-GPC<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND EXONERATE BOND** |

For good cause appearing, this Court HEREBY GRANTS Plaintiff United States of America's motion to dismiss the indictment and exonerate the bond.

**IT IS SO ORDERED.**

Dated:  November 12, 2021

　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　United States District Judge